IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

| | |
|---|---|
| John Edward Hanson, III, | Case No.: 3:13-bk-4140-PMG |
| Debtor. _____/ | Chapter 13 |
| John Edward Hanson, III, | |
| Plaintiff, | Adv. Pro. No. 3:14-ap-00300-PMG |
| vs. | |
| Antio, LLC and Weinstein, Pinson And Riley, P.S., | |
| Defendants. _____/ | |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN that a preliminary hearing in this case will be held on **February 11, 2015, at 11:00 a.m.** at **300 North Hogan Street, 4th Floor − Courtroom 4A, Jacksonville, FL 32202,** to consider and act upon the following:

Defendants' Motion for Reconsideration of Order on Defendants' Motion
to Dismiss First Amended Complaint and Incorporated Memorandum of Law [DE 15]

1. The hearing may be continued upon announcement made in open Court without further notice.

2. *Appropriate Attire*. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

1

3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Dated:   December 19, 2014

**GRAYROBINSON, P.A.**
*Co-counsel for Defendants*
401 East Las Olas Boulevard, 10th Floor
Fort Lauderdale, Florida 33301
Telephone:  (954) 761-8111
Facsimile:  (954) 761-8112

By:   /s/ *Michael D. Lessne*
Paul H. Minoff
Florida Bar No. 0182079
paul.minoff@gray-robinson.com
Michael D. Lessne
Florida Bar No. 73881
michael.lessne@gray-robinson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2014, I electronically filed the foregoing document with the clerk of the court using CM/ECF, which is serving the document via transmission of Notices of Electronic Filing to those counsel or parties who are authorized to receive such notices.

Wendell Finner, Esq.
Ryan G. Moore, Esq.
Wendell Finner, P.A.
340 3rd Avenue S., Suite A
Jacksonville Beach, FL  32250
E-mail:  flabarmail@wendellfinner.com
E-mail:  ryan@beacheslaw.com
*Counsel for Debtor, John Edward Hanson, III*

By:   /s/ *Michael D. Lessne*
Michael D. Lessne

\240145\11 - # 3333381 v1